# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY DON BAKER

VERSUS

KRYSTLE JEAN LOWE

NO.   2024 CW 1007

**JANUARY 13, 2025**

---

In Re:    Krystle Jean Lowe, applying for supervisory writs, 20th
Judicial District Court, Parish of East Feliciana, No.
47611.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

> **MRT**
> **CHH**
> **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT